SEPTEMBER 9, 1976

PEOPLE v WHITNEY. (Docket No. 57978.) Request for appointment of counsel denied. Lynn Whitney, *in propria persona,* appellant. Case below, Court of Appeals No. 21764, per curiam opinion of November 10, 1975.